In the Matter of Rosak Properties, Inc., Appellant, against John A. Dwyer, Village Clerk of the Village of Westbury, et al., Respondents.

Argued April 9, 1951; decided May 17, 1951.

*Ferdinand I. Haber* and *James E. Boboras* for appellant.

*Thomas E. Abrahams* and *David A. Kraemer* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD, and FROESSEL, JJ.